# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA, | Case No. 2:19-cv-01890-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CRAIG IAN GILBERT, | |
| Defendant. | |

Before the Court is Defendant Craig Ian Gilbert's ("Defendant") application for leave to proceed in forma pauperis and notice of removal. For the following reasons, the Court denies the application and dismisses this case with prejudice.

Defendant seeks to remove an ongoing state court criminal proceeding to this Court. A defendant in a state court criminal proceeding may not remove an ongoing state court criminal proceeding to federal court unless the defendant was a federal officer acting in his official capacity, which Defendant does not allege in this case. 28 U.S.C. § 1442(a)(1); Arizona v. Manypenny, 451 U.S. 232, 241 (1981).

Furthermore, to the extent that Defendant alleges any constitutional violations regarding the ongoing state criminal court proceeding, Defendant must wait until the proceeding has concluded and exhaust his remedies in state court pursuant to the federal habeas statutes before filing a petition with this Court. 28 U.S.C. § 2241 *et seq* (habeas corpus).

Finally, Younger abstention prevents this Court from interfering with a pending state criminal proceeding. Younger v. Harris, 401 U.S. 37 (1971) (federal courts may not interfere with pending state court actions); Bijan v. Schindler, 14 F.App'x 893 (9th Cir. 2001) (affirming district

court's dismissal of pro se party's complaint alleging constitutional violations in ongoing state criminal court proceeding).

**IT IS THEREFORE ORDERED** that this case is dismissed with prejudice.

The Clerk of the Court is instructed to close the case.

DATED: November 1, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**